UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **MICHAEL JAY PHARRIS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:08cv0053 TCM |
| ) | |
| **UNKNOWN O'NEAL,** ) | |
| ) | |
| Defendant. ) | |

**ORDER OF DISMISSAL**
**PURSUANT TO 42 U.S.C. § 1997e(a)**

**IT IS HEREBY ORDERED** that Plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 42 U.S.C. § 1997e(a).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 16th day of December, 2008.